ACCEPTED
14-15-00831-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
10/7/2015 11:15:14 AM
CHRISTOPHER PRINE
CLERK

CAUSE NO. 14-15-00831-CR

| | | |
|---|---|---|
| EX PARTE ANTHONY GILLAN GASTON, § | | IN THE COURT OF APPEALS |
| Appellant § | | |
| VS. § | | IN HOUSTON, TEXAS |
| § | | |
| THE STATE OF TEXAS, § | | 14TH JUDICIAL DISTRICT |
| Appellee | | |

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
10/7/2015 11:15:14 AM
CHRISTOPHER A. PRINE
Clerk

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, BRITTANY CARROLL LACAYO, and enters her appearance as attorney of record for Appellant, ANTHONY GILLAN GASTON, in the above-captioned matter.

Respectfully submitted,

*/s/ Brittany Carroll Lacayo*
BRITTANY CARROLL LACAYO
TBA No. 24067105
212 Stratford St.
Houston, Texas 77006
Telephone: (713) 504-0506
Facsimile: (832) 442-5033
Email: Brittany@bcllawfirm.com

Attorney for Appellant,
ANTHONY GILLAN GASTON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Notice of Appearance was delivered via facsimile to the Harris County District Attorney's Office, 1201 Franklin Street, Suite 600, Houston, Texas 77002 on October 7, 2015.


*/s/ Brittany Carroll Lacayo*
BRITTANY CARROLL LACAYO